1  HENINGER GARRISON DAVIS, LLC
   2224 First Avenue North
2  Birmingham, Alabama 35203
   T 205.326.3336
3  F 205.326.3332

4  Attorneys for Plaintiff, Hun Suos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *Hun Suos v. Pfizer, Inc,.*<br>MDL No. 06-02952 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, HUN SUOS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PHIL1\3836210.1

DATED: July 25, 2007        HENINGER GARRISON DAVIS, LLC

By: /s/ William L. Bross
William L. Bross
Attorneys for Plaintiff, Hun Suos

DATE: _____, 2007        DLA PIPER US LLP

By: _____
Matthew Lepore
Attorneys for Defendant, Pfizer Inc.

DATED: 7·16, 2007        GORDON & REES LLP

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2007

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PHIL1\3836210.1